IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIANNE JOHNSTON,

    Plaintiff,

v.

TPG CAPITAL, L.P., and DOES 1 through 10,

    Defendants.

No. C 14-04837 WHA

**ORDER RE JOINT STIPULATION EXTENDING DISCOVERY CUT-OFF**

    The parties have stipulated to a seven-day extension on the close of non-expert discovery as plaintiff will be unavailable to be deposed prior to the current deadline due to a sudden death in the family. Good cause shown, the cut-off for non-expert discovery shall be extended to September 4, 2015.

    **IT IS SO ORDERED.**

Dated: August 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE